The judgment of dismissal entered by the trial court is therefore reversed and the case is remanded for plenary trial in accordance herewith.

T., PLAINTIFF-RESPONDENT, v.
H., DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued December 8, 1969—Decided April 15, 1970.

Before Judges KILKENNY, LABRECQUE and LEONARD.

*Mr. Burrell Ives Humphreys* argued the cause for appellant (*Messrs. Hoffmann & Humphreys,* attorneys).

*Mr. William F. Tompkins* argued the cause for respondent (*Messrs. Lum, Biunno & Tompkins,* attorneys; *Mr. Theodore L. Abeles,* on the brief).

PER CURIAM. The order is affirmed on other factual grounds.